UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TOMMY TYNER ) | |
| Plaintiff(s) ) | |
| V. ) | Civil Action No. 2:16 CV 174 JVB |
| UNITED STATES OF AMERICA ) | (Arising from 2:10CR110 JVB) |
| Defendant(s) ) | |

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff(s) _____ recover from the defendant(s) _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff(s) recover nothing, the action to be dismissed on the merits, and the defendant(s) _____ recover costs from the plaintiff(s) _____ .

☒ other: The Court DENIES Motion filed under 18 U.S.C. § § 2255, to have Tommy Tyner's conviction under 18 U.S.C. § 924(c) vacated and declines to certify any issues for appeal.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Joseph S. Van Bokkelen on a motion to vacate conviction.

Date April 16, 2019

*CLERK OF COURT*

/s/ Robert N Trgovich (kjp)

*Signature of Clerk or Deputy Clerk*